UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD M. ROBERG<br>AND SHARON DOYLE ROBERG<br>    PLAINTIFFS/APPELLEES | *<br>*<br>*<br>* | NO. 3:08-CV-00375<br>RET/SCR |
| VERSUS | *<br>* | |
| JOANN FRANCHI<br>AND FRANCO FRANCHI<br>    DEFENDANTS/APPELLANTS | *<br>*<br>*<br>* | APPEAL FROM THE US<br>BANKRUPTCY COURT MIDDLE<br>DISTRICT OF LOUISIANA,<br>ADVERSARY NO. 05-01068 |

*************************************************************************

## ORDER

Considering the forgoing Motion to Transfer and Consolidate;

**IT I HEREBY ORDERED**, that case number 3:08-cv-379 be transferred to this section of this Court and consolidated with case number 3:08-cv-375.

**IT IS FURTHER ORDERED**, that as requested by the parties, a briefing schedule will be forthcoming from the Court.

BATON ROUGE, LOUISIANA, this 15th day of October, 2008.

RALPH E. TYSON
CHIEF DISTRICT COURT JUDGE